UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC A. LEE,<br><br>　　　　　　Defendant. | No.  1:13-cv-1266 AWI- BAM<br><br>**ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

　　Pursuant to Rule 41(a)(1) and the notice of voluntary dismissal filed on November 15, 2013, the Court hereby grants Plaintiff HICA Education Loan Corporation's request that all claims against Defendant Eric A. Lee, be dismissed, without prejudice.

　　This Court VACATES all pending dates and matters and this matter is dismissed without prejudice.  The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:　December 5, 2013　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1